Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al. | Case No.: C12-4229 MMC |
|---|---|
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL AND ORDER THEREON** |
| v. | |
| FLORES DRYWALL, INC., a California corporation, | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs BAY AREA PAINTERS AND TAPERS TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendant FLORES DRYWALL, INC., a California corporation. Defendant has not moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-2-

1  I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-
2  entitled action, and that the foregoing is true of my own knowledge.
3  Executed this 29th day of October, 2012, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/s/_____
Muriel B. Kaplan
Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is dismissed without prejudice.

Date: October 30, 2012

*[signature]*
UNITED STATES DISTRICT COURT JUDGE

-2-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C12-4229 MMC

P:\CLIENTS\PATCL\Flores Drywall Inc\Pleadings\C12-4229 MMC - Notice of Voluntary Dismissal 102912.docx