1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al. | Case No.: C12-4229 MMC |
   |---|---|
   | Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL AND ORDER THEREON** |
   | v. | |
   | FLORES DRYWALL, INC., a California corporation, | |
   | Defendant. | |

17     PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs BAY AREA

18 PAINTERS AND TAPERS TRUST FUND, et al., voluntarily dismiss, without prejudice, their

19 claim against Defendant FLORES DRYWALL, INC., a California corporation.  Defendant has not

20 moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar

21 action against Defendant.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

-1-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C12-4229 MMC

1  I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-
2  entitled action, and that the foregoing is true of my own knowledge.
3  Executed this 29th day of October, 2012, at San Francisco, California.

4  SALTZMAN & JOHNSON
   LAW CORPORATION
5
6  By: _____/s/_____
   Muriel B. Kaplan
   Attorneys for Plaintiffs
7

8  IT IS SO ORDERED.
9  This case is dismissed without prejudice.
10
11 Date: October 30, 2012
12                                    UNITED STATES DISTRICT COURT JUDGE

-2-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C12-4229 MMC

P:\CLIENTS\PATCL\Flores Drywall Inc\Pleadings\C12-4229 MMC - Notice of Voluntary Dismissal 102912.docx